IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CURTIS WALTER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-12-2581 |
| | § | |
| | § | |
| OLD AMERICAN COUNTY | § | |
| MUTUAL FIRE INSURANCE CO. | § | |
| AND EMPOWER INSURANCE GROUP | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

In accordance with this court's Memorandum and Order of today's date, the plaintiff's claims are dismissed without prejudice.

SIGNED on November 14, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge